UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:17-cv-01982-JLS-JDE | Date | August 16, 2018 |
|---|---|---|---|
| Title | Lewis King v. Sylvia Mathews Burwell et al. | | |

| Present: The Honorable | JOSEPHINE L. STATON, U.S. DISTRICT JUDGE |
|---|---|

| Terry Guerrero | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING ACTION PURSUANT TO ORDER TO SHOW CAUSE

The Court, having previously issued an Order to Show Cause why this action should not be dismissed for failure to prosecute (doc. 15), with the response due no later than August 15, 2018, and the Court having received no response, the matter is hereby DISMISSED.

**IT IS SO ORDERED.**

Initials of Preparer   tg